UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>P. BRACAMONTE, et al.,<br><br>        Defendants. | No. 2:17-cv-2636 CKD P<br><br><br>ORDER |

     Plaintiff has filed a complaint pursuant to 42 U.S.C. § 1983. However, he has not paid the $400 filing fee. Plaintiff may not proceed in forma pauperis as he has "struck out" pursuant to 28 U.S.C. § 1915(g), see 2:14-cv-2958 KJM KJN P, and he does not allege in his complaint that he is under "imminent danger of serious physical injury."

     Good cause appearing, plaintiff will be given 14 days within which to pay the filing fee for this action. Plaintiff's failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 4) is denied;

2. Plaintiff is granted 14 days within which to pay the $400 filing fee for this action; and

3. Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

Dated: January 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
blac2636.3ks